IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-92-602-CR




THE STATE OF TEXAS,



 APPELLANT


vs.




DOYLE JOHNSON,



 APPELLEE


 



FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY



NO. 34942-1, HONORABLE TIMOTHY G. MARESH, JUDGE PRESIDING


 





PER CURIAM


 The State appeals the trial court's order granting appellee's motion to suppress.

 The State has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).



[Before Chief Justice Carroll, Justices Aboussie and Jones]

Dismissed on Appellant's Motion

Filed: August 25, 1993

[Do Not Publish]